IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA ROSA RIOS, *et al.*,

    Plaintiffs,

v.                                    Civ. No. 15-586 GBW/GJF

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF OTERO,

    Defendant.

## **FINAL ORDER**

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order, under Fed. R. Civ. P. 58, DISMISSING the Complaint WITH PREJUDICE.

IT IS SO ORDERED.

_____
GREGORY B. WORMUTH
United States Magistrate Judge
**Presiding by consent**